**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SOUTHERN GEO-ENVIRONMENTAL** | ) | |
| **CONSULTANTS, INC.,** *et al.*, | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 09-0127-WS-N** |
| | ) | |
| **EDWARD S. HERZOG,** *et al.*, | ) | |
| | ) | |
|     **Defendants.** | ) | |

**DEFAULT JUDGMENT**

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED**, **ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of the plaintiffs, Southern GEO-Environmental Consultants, Inc. and Todd Lambert, and against defendants, Edward S. Herzog, Ancient Gates & Supplies, LLC, and Paramount Gates & Security Cameras, LLC, jointly and severally, in the total amount of **$86,733.23**, inclusive of prejudgment interest and compensatory and punitive damages.

DONE and ORDERED this 5th day of November, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE